IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MELVYN CONNOR, )
      Plaintiff )
)
) Civil Action No. JFM-02-538
)
v. )
)
)
GIANT FOOD, INC., et al., )
)
      Defendants )

## ORDER

For the reasons stated in the accompanying Opinion and in the related Opinion in the case of <u>Carson v. Giant Food, Inc.</u>, JFM-96-2882, it is, this 20th day of February 2002

ORDERED

1. Defendants' motions for summary judgment against Plaintiff on all causes of action in Plaintiff's complaint are Granted; and

2. Judgment is hereby entered in favor of the Defendants.

/s/ J. Frederick Motz
United States District Judge

-8-